1  Scott Schools
   United States Attorney
2  450 Golden Gate Ave (11th Floor)
   San Francisco, CA 94102
3  Telephone: (415) 436-7200

4  Attorneys for the United States

E-FILING

FILED
JUN 0 7 2007
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

5              UNITED STATES DISTRICT COURT
6              NORTHERN DISTRICT OF CALIFORNIA
7                    SAN JOSE DIVISION

8  UNITED STATES OF AMERICA,            )  CRIMINAL NO. CR07-70332 PVT
9        Plaintiff,                      )
10                                       )  NOTICE OF PROCEEDINGS ON
       v.                                )  OUT-OF-DISTRICT CRIMINAL
11  Jorge Ortiz Oliva                    )  CHARGES PURSUANT TO RULES
                                         )  5(c)(2) AND (3) OF THE FEDERAL RULES
12                                       )  OF CRIMINAL PROCEDURE
       Defendant.                        )
13  _____ )

14       Please take notice pursuant to Rules 5(c)(2) and (3) of the Federal Rules of Criminal
15  Procedure that on 6/7/07, the above-named defendant was arrested based upon an
16  arrest warrant (copy attached) issued upon an
17       ☒ Indictment   ☐ Information   ☐ Criminal Complaint   ☐ Other _____
18  pending in the _____ District of OREGON, Case Number 07CR500 BR
19       In that case, the defendant is charged with a violation(s) of Title(s) 21 United States Code,
20  Section(s) 841, 846, 853
21  Description of Charges: CONSPIRACY TO DISTRIBUTE & POSSESS
22       WITH INTENT TO DISTRIBUTE
23
                                         Respectfully Submitted,
24                                       SCOTT SCHOOLS
                                         UNITED STATES ATTORNEY
25  Date: 6/7/07
                                         _____
26                                       Assistant U.S. Attorney
27
28

1

JUN 07 2007 13:05 FR US MARSHALS D-OREGON 503 326 4106 TO 914085355429 P.08
Case 5:07-mj-70332-PVT   Document 1   Filed 06/07/2007   Page 2 of 9

DEA

# UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

UNITED STATES OF AMERICA

V.

JORGE ORTIZ OLIVA, etc., et al

## WARRANT FOR ARREST

Case Number: 3:07-CR-50-01-BR

To: The United States Marshal
or any Authorized United States Officer

**UNDER SEAL**

YOU ARE HEREBY COMMANDED to arrest Jorge Ortiz Oliva aka: Jorge Meras Barajas

and bring him or her forthwith to the nearest magistrate to answer a(n)

XX Indictment __ Information __ Order of Court __ Violation Notice __ Probation Violation Petition

charging him or her with: Drug Trafficking Conspiracy

Certified to be a true and correct copy of original
Dated 2/15/07
Sheryl S. McConnell, Clerk
By /s/ Kirkland
Deputy

in violation of Title 21 United States Code, Section(s) 841(a)(1)(b)(1)(A)(viii),(b)(1)(C), 846, 853

| Sheryl S. McConnell | Clerk, US District Court |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| /s/ M. Kirkland | February 15, 2007, Portland, Oregon |
| Signature of Issuing Officer | Date and Location |

**Bail fixed at $ PRETRIAL DETENTION REQUESTED**     by **Magistrate Judge Donald C. Ashmanskas**
Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ | | |
| Date Received | Name and Title of Arresting Officer | Signature of Arresting Officer |
| Date of Arrest | | |

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

UNITED STATES OF AMERICA

v.

JORGE ORTIZ OLIVA,
a.k.a. Jorge Meras Barajas

JOSE GAMINO VILLASENOR,
a.k.a. Beto

JEREMY NOEL SEQUIN,

FERMIN VILLASENOR RAMIREZ,

PABLO BARAJAS LOPEZ,
a.k.a Penguino

MANUEL PEDRAZA BOTELLO,
a.k.a. Chalo, a.k.a. Andreas,
ak.a. Salvador Pimental-Garcia

KEVIN WARREN DEHUT,

JOSE HURTADO CASTANEDA,

JOSE ROBERT GARCIA,
a.k.a. Primo, a.k.a. Bobby

BONIFACIO PEDRAZA VILLANUEVA,
a.k.a. Boni
    Defendants.

CR 07-50-BR

INDICTMENT
21 U.S.C. §§ 841(a)(1),
(b)(1)(A)(viii), (b)(1)(C), 846, 853.

UNDER SEAL

THE GRAND JURY CHARGES:

COUNT 1
(DRUG TRAFFICKING CONSPIRACY)

Beginning on a date unknown to the Grand Jury and continuing through the date of this indictment, in the State of California, in the District of Oregon, and elsewhere, **JORGE ORTIZ**

OLIVA, JOSE GAMINO VILLASENOR, JEREMY NOEL SEQUIN, FERMIN VILLASENOR RAMIREZ, PABLO BARAJAS LOPEZ, MANUEL PEDRAZA BOTELLO, KEVIN WARREN DEHUT, JOSE HURTADO CASTANEDA, JOSE ROBERT GARCIA, and BONIFACIO PEDRAZA VILLANUEVA, defendants herein, did knowingly and intentionally conspire and agree with others, both known and unknown to the Grand Jury to do the following:

1) to distribute and possess with intent to distribute a mixture or substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance, in a quantity of a 500 grams or more, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A)(viii).

2) to distribute and possess with intent to distribute a mixture or substance containing a detectable amount of cocaine, a Schedule II Controlled Substance, in violation of Title 21 United States Code, Sections 841(a)(1) and (b)(1)(C).

3) to distribute and possess with intent to distribute a mixture or substance containing a detectable amount of marijuana, a Schedule I Controlled Substance, in violation of Title 21 United States Code, Sections 841(a)(1) and (b)(1)(C).

All in violation of Title 21, United States Code, Section 846.

<u>WAYS AND MEANS OF CONSPIRACY</u>

It was a part of this conspiracy that the above-named defendants and their co-conspirators would and did obtain, maintain, and use vehicles for travel within the State of California, the District of Oregon, and elsewhere to facilitate the possession with the intent to distribute and the distribution of methamphetamine, cocaine and marijuana.

PAGE 2 - INDICTMENT

It was a part of this conspiracy that the above-named defendants and their co-conspirators would and did obtain, maintain, and use telephones to facilitate the possession with the intent to distribute and the distribution of methamphetamine, cocaine and marijuana.

It was part of the conspiracy that the above-named defendants and their co-conspirators would and did obtain, maintain, and use premises in the District of Oregon and elsewhere to store and conceal methamphetamine, cocaine and marijuana for distribution and possession with intent to distribute.

It was a part of this conspiracy that the above-named defendants and their co-conspirators would and did transport, transfer, and conceal money in the District of Oregon and elsewhere to pay expenses related to drug trafficking and to compensate sources of supply for methamphetamine, cocaine and marijuana.

## OVERT ACTS OF CONSPIRACY

In furtherance of this conspiracy, and in pursuit of the objects thereof, at least one of the conspirators charged in this count committed one or more of the following overt acts, among others, in the State of California and/or the District of Oregon and elsewhere:

1. In May of 2006, **JOSE ROBERT GARCIA** distributed cocaine and methamphetamine in the District of Oregon to another person.

2. In 2006, **JOSE ROBERT GARCIA** became the registered owner of a 2007 Cadillac Escalade in the District of Oregon.

3. On or about August 22, 2006, in the District of Oregon, **JORGE ORTIZ OLIVA** attended a meeting with other persons.

PAGE 3 - INDICTMENT

2. On or about August 22, 2006, in the District of Oregon, **JEREMY NOEL SEQUIN** carried bags.

3. On or about September 20, 2006, in the District of Oregon, **FERMIN VILLASENOR RAMIREZ** possessed methamphetamine with the intent to distribute.

4. On or about September 23, 2006, defendant **JOSE GAMINO VILLASENOR** used a phone to talk to another person about the transportation of a controlled substance.

5. On or about September 26, 2006, defendant **JOSE GAMINO VILLASENOR** drove a vehicle in the District of Oregon which contained a hidden compartment and approximately $364,975 in U.S. Currency.

6. On or about October 6, 2006, **PABLO BARAJAS LOPEZ** talked to **JORGE ORTIZ OLIVA** about controlled substances.

7. On or about October 10, 2006, in the District of Oregon, defendant **MANUEL PEDRAZA BOTELLO** drove a vehicle which contained a hidden compartment and approximately $290,885 in U.S. Currency.

8. On or about October 10, 2006, in the District of Oregon, defendant **JOSE HURTADO CASTANEDA** drove a vehicle in the District of Oregon which contained cocaine.

9. On or about October 10, 2006, **JORGE ORTIZ OLIVA** used a phone to talk to another person about the status of a controlled substance shipment and a money shipment.

10. On or about November 23, 2006, in the District of Oregon, defendant **JEREMY NOEL SEQUIN** drove a vehicle which contained approximately $179,160 in U.S. Currency.

11. On or about November 28, 2006, **JEREMY NOEL SEQUIN** and **KEVIN WARREN DEHUT** talked on a phone about a seizure of money and a drug debt.

PAGE 4 - INDICTMENT

12. In December of 2006, **BONIFACIO PEDRAZA VILLANUEVA** spoke on a phone with another person about controlled substances.

## NOTICE OF CRIMINAL FORFEITURE

As a result of committing one or more of the controlled substance offenses alleged in this indictment, **JORGE ORTIZ OLIVA, JOSE GAMINO VILLASENOR, JEREMY NOEL SEQUIN, FERMIN VILLASENOR RAMIREZ, PABLO BARAJAS LOPEZ, MANUEL PEDRAZA BOTELLO, KEVIN WARREN DEHUT, JOSE HURTADO CASTANEDA, JOSE ROBERT GARCIA,** and **BONIFACIO PEDRAZA VILLANUEVA**, defendants herein, shall forfeit to the United States pursuant to 21 U.S.C. § 853, any and all property constituting or derived from any proceeds the said defendant obtained directly or indirectly as a result of the said violation and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the violations alleged in this indictment, including, but not limited to the three currency amounts referenced in Count 1 of: (1) an approximate amount of $364,975 seized on or about September 26, 2006; (2) an approximate amount of $290,885 seized on or about October 10, 2006; (3) an approximate amount of $179,160 seized on or about November 23, 2006; and (4) a 2001 Honda Accord LX, VIN # 1HGC665X1AO99776 automobile seized on or about September 26, 2006, after it was abandoned by **JOSE GAMINO VILLASENOR** in the District of Oregon.

If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

    (1) cannot be located upon the exercise of due diligence;

    (2) has been transferred or sold to, or deposited with, a

PAGE 5 - INDICTMENT

third person;

(3) has been placed beyond the jurisdiction of the Court;

(4) has been substantially diminished in value; or

(5) has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p), to seek forfeiture of any other property of said defendants up to the value of the above forfeitable property.

All as provided in Title 21, United States Code, Section 853.

DATED this 14th day of February 2007.

A TRUE BILL.

_____
OFFICIATING FOREPERSON

PRESENTED BY:

KARIN J. IMMERGUT
United States Attorney
District of Oregon

_____
KATHLEEN L. BICKERS
Assistant United States Attorney

PAGE 6 - INDICTMENT

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION-IN U.S. DISTRICT COURT ||
|---|---|
| BY ☐ COMPLAINT ☐ INFORMATION ■ INDICTMENT<br>_UNDER SEAL_ | Name of District Court, and/or Judge/Magistrate Location<br>U.S. District Court - District of Oregon<br>1000 S.W. Third Avenue, Portland, OR 97204 |
| OFFENSE CHARGED:<br>Drug Trafficking Conspiracy   ☐ Petty<br>☐ Minor<br>☐ Misdemeanor<br>■ Felony | DEFENDANT   JORGE ORTIZ OLIVA, AKA Jorge Meras Barajas<br>Address:<br>Birth Date:  2-20-70<br>■ Male  ■ Alien  ☐ Female |
| Place of Offense: District of Oregon  \|  U.S.C. Citation: 21 USC § 841(a)(1); (b)(1)(A)(viii); (b)(1)(C),846, 853 | DEFENDANT<br>IS NOT IN CUSTODY<br>1) ■ Has not been arrested, pending outcome of this proceeding. If not detained give date any prior summons was served on above charges.<br>2) ___ Is a Fugitive.<br>3) ___ Is a Fugitive. No Federal agent. USAO requests USMS assume apprehension responsibility for state/local agency.<br>4) ___ Is on Bail or Release from (district) |
| PROCEEDING<br>Name of Complainant Agency, or Person (& Title, if any)<br>S/A Darrin Phillips - DEA<br>___ Person is awaiting trial in another Federal or State Court, give name of Court: | |
| ___ This person/proceeding is transferred from another district per (circle one) FRCrP 20, 21, or 40. Show district. | IS IN CUSTODY:<br>5) ___ On this charge.<br>6) ___ On another conviction }  Fed'l<br>7) ___ Awaiting trial on other charges. }  State<br>If answer to (7) is "yes", show name of institution:<br>8) ___ No sponsoring Federal agent. USAO requests USMS file detainer on behalf of state/local agency.<br>Has detainer been filed:<br>___ YES  ■ NO  ___ UNKNOWN<br>If "yes", give date filed: _____ |
| ___ This is a prosecution of charges previously dismissed which were dismissed on motion of:<br>___ U.S. Atty  ___ Defense<br>___ This prosecution relates to a pending case involving the same defendant.<br>___ Prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under:  SHOW DOCKET NO.  MAGISTRATE CASE NO. | |
| Name and office of person furnishing information on this form: KARIN J. IMMERGUT | DATE OF ARREST: _____ |
| X  U.S. Atty  ___ Other U.S. Agency<br>Name of Asst. U.S. Attorney:  KATHLEEN L. BICKERS | Or ... if arresting agency and warrant were not Federal:<br>DATE TRANSFERRED TO U.S. CUSTODY |

1-COUNT INDICTMENT W/FORFEITURE ALLEGATION: DRUG TRAFFICKING CONSPIRACY

ARREST WARRANT / PRE-TRIAL DETENTION REQUESTED: PLEASE NOTE: THIS INDICTMENT IS UNDER SEAL. DEA AGENTS TO SERVE ARREST WARRANT