# UNITED STATES DISTRICT COURT
## Northern District of California
280 South First Street
San Jose, California 95113

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
408.535.5363

FILED
2007 JUL -3  P 3: 35
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

RECD'07 JUN 18 13:29 USDC-ORM

June 12, 2007

**Clerk of Court-US District Court**
**James A. Redden United States Courthouse**
**310 West Sixth Street,**
**Medford, OR 97501**

| | |
|---|---|
| Case Name: | **USA-v-Jorge Ortiz Oliva** |
| Case Number: | **5-07-70332-PVT   (Your Case#CR07CR5001BR)** |
| Charges: | **21:841, 846, 853** |

Dear Clerk:

The above charges originated in your district and the defendant has appeared before U.S. Magistrate Judge Patricia V. Trumbull. The following action has been taken:

(X)  The U.S. Marshal has been ordered to remove this defendant to your district forthwith.

( )  The defendant has a court appearance in your court Enclosed are the following documents:

original Rule 5 affidavit
original minute orders
certified copy of *AO 94, Commitment to Another District*
Certified docket sheets
Exhibits 1 & 2

Please acknowledge receipt of the documents on the attached copy of this letter and return in the envelope provided.

Sincerely yours,

RICHARD WIEKING, Clerk

by: *Cita F. Escalano*
Case Systems Administrator

Enclosures
cc: Financial Office

------

Receipt of the above-described documents is acknowledged herewith and assigned case number:

07-50-BR

Date: 6.22.07

CLERK, U.S. DISTRICT COURT

By _____
Deputy Clerk